UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re:  Alverez, Jame & Cecilia          Case No.:      **20-23457-SLM**

                                         Chapter:       **7**

                                         Judge:         **Stacey L. Meisel**

---

**NOTICE OF PROPOSED ABANDONMENT**

---

Benjamin A. Stanziale, Jr., Trustee in this case proposes to abandon property of the estate described below as being of inconsequential value. If you object to the abandonment, you must file a written objection with the Clerk of the United States Bankruptcy Court and serve it on the party named below not later than 7 days before the hearing date.

| | |
|---|---|
| Address of the Clerk: | Jeanne A. Naughton, Clerk<br>United States Bankruptcy Court<br>50 Walnut Street<br>Newark, New Jersey 07102 |

If an objection is filed, a hearing will be held before the Honorable Stacey Meisel on March 2, 2021, at 10:00 a.m. at the United States Bankruptcy Court, Courtroom No. 3E. (Hearing date must be at least 28 days from the date of this notice). If no objection is filed, the abandonment shall take effect on entry by the clerk of a Certification of No Objection.

**Description and value of Property: 43 Hudson Place, Bloomfield, New Jersey**

　　　　　　　　　　**Current Market Value of Property: $400,000.00**
　　　　　　　　　　**Estimated Cost of Sale: $40,000.00**

**Liens on property: Select Portfolio Servicing: $341,090.00**

**Amount of equity claimed as exempt:**

Objections must be served on, and requests for additional information directed to:

Name:       Benjamin A. Stanziale, Jr., Trustee

Address:    29 Northfield Avenue, Suite 201, West Orange, New Jersey 07052

Telephone No.: (973) 731-9393

United States Bankruptcy Court

District of New Jersey

In re:                                                                                                                  Case No. 20-23457-SLM
Jaime Alvarez                                                                                              Chapter 7
Cecilia Alvarez
       Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-2                                    User: admin                                   Page 1 of 2
Date Rcvd: Jan 25, 2021                          Form ID: pdf905                         Total Noticed: 23

The following symbols are used throughout this certificate:
**Symbol**      **Definition**

\+                  Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS
                     regulations require that automation-compatible mail display the correct ZIP.

++                 Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 27, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Jaime Alvarez, Cecilia Alvarez, 43 Hudson Place, Bloomfield, NJ 07003-4010 |
| 519044368 | ++ | BANK OF AMERICA, PO BOX 982238, EL PASO TX 79998-2238 address filed with court:, Bank Of America, Po Box 982238, El Paso, TX 79998 |
| 519044369 | + | Barclays Bank Delaware, Po Box 8803, Wilmington, DE 19899-8803 |
| 519044371 | + | Citi, Po Box 6190, Sioux Falls, SD 57117-6190 |
| 519044372 | + | Citicards Cbna, Po Box 6241, Sioux Falls, SD 57117-6241 |
| 519044374 | + | Cmre. 877 572 7555, 3075 E Imperial Hwy Ste, Brea, CA 92821-6733 |
| 519044375 | + | Ctech Coll, 5505 Nesconset Hwy, Mount Sinai, NY 11766-2037 |
| 519044376 | + | Hsbc Bank, 95 Washington St, Buffalo, NY 14203-3006 |
| 519044378 | | Kohls/Capone, N56 Ridgewood Dr, Menomonee Fal, WI 53051 |
| 519044382 | + | Thd/Cbna, Po Box 6497, Sioux Falls, SD 57117-6497 |
| 519044384 | + | Valley National Bank, 1400 Valley Rd, Wayne, NJ 07470-7987 |

TOTAL: 11

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Jan 25 2021 21:43:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Jan 25 2021 21:43:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jan 25 2021 22:47:03 | Synchrony Bankc/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 519044367 | | Email/Text: ebn@americollect.com | Jan 25 2021 21:43:00 | Americollect Inc, Po Box 1566, Manitowoc, WI 54221 |
| 519044370 | + | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Jan 25 2021 22:46:54 | Capital One Bank Usa N, Po Box 31293, Salt Lake City, UT 84131-0293 |
| 519044373 | + | Email/Text: Bankruptcy.RI@Citizensbank.com | Jan 25 2021 21:41:00 | Citizens Bank, 1000 Lafayette Blvd, Bridgeport, CT 06604-4725 |
| 519044377 | | Email/PDF: ais.chase.ebn@americaninfosource.com | Jan 25 2021 22:50:28 | Jpmcb Card, Po Box 15369, Wilmington, DE 19850 |
| 519044379 | + | Email/Text: bankruptcy@prosper.com | Jan 25 2021 21:43:00 | Prosper Marketplace In, 221 Main St Ste 300, San Francisco, CA 94105-1909 |
| 519044380 | + | Email/Text: jennifer.chacon@spservicing.com | Jan 25 2021 21:44:00 | Select Portfolio Svcin, Po Box 65250, Salt Lake City, UT 84165-0250 |
| 519044381 | + | Email/PDF: gecsedi@recoverycorp.com | Jan 25 2021 22:50:21 | Syncb/Amazon, Po Box 965015, Orlando, FL 32896-5015 |
| 519045819 | + | Email/PDF: gecsedi@recoverycorp.com | | |

| | | | Jan 25 2021 22:54:53 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
|---|---|---|---|---|
| 519044383 | + | Email/Text: marisa.sheppard@timepayment.com | Jan 25 2021 21:43:00 | Timepayment Corp, 1600 District Ave Ste 20, Burlington, MA 01803-5233 |

TOTAL: 12

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 27, 2021     Signature:     /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 25, 2021 at the address(es) listed below:

| **Name** | **Email Address** |
|---|---|
| Benjamin A. Stanziale, Jr. | on behalf of Trustee Benjamin A. Stanziale Jr. trustee@stanzialelaw.com, nj45@ecfcbis.com |
| Benjamin A. Stanziale, Jr. | trustee@stanzialelaw.com nj45@ecfcbis.com |
| Denise E. Carlon | on behalf of Creditor FEDERAL HOME LOAN MORTGAGE CORPORATION  AS TRUSTEE FOR THE BENEFIT OF THE SEASONED CREDIT RISK TRANSFER TRUST, SERIES 2018-4 dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Jose R. Torres | on behalf of Joint Debtor Cecilia Alvarez jrt@torreslegal.com 3754@notices.nextchapterbk.com |
| Jose R. Torres | on behalf of Debtor Jaime Alvarez jrt@torreslegal.com 3754@notices.nextchapterbk.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 6