Form 177 – fnldec

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.:  20–23457–SLM
Chapter:  7
Judge:  Stacey L. Meisel

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Jaime Alvarez
aka Jaime A Alvarez
43 Hudson Place
Bloomfield, NJ 07003

Cecilia Alvarez
43 Hudson Place
Bloomfield, NJ 07003

Social Security No.:
  xxx–xx–9236                                        xxx–xx–9522

Employer's Tax I.D. No.:

## FINAL DECREE

The estate of the above named debtor(s) has been fully administered.

If this case is a Chapter 11 or 13, the deposit required by the plan will be distributed, and it is

ORDERED that Benjamin A. Stanziale Jr. is discharged as trustee of the estate of the above named debtor(s) and the bond is canceled; and the case of the above named debtor(s) is closed.

Dated: <u>March 19, 2021</u>                    <u>Stacey L. Meisel</u>
                                                Judge, United States Bankruptcy Court