| **Information to identify the case:** | | |
|---|---|---|
| Debtor 1 | Jaime Alvarez | Social Security number or ITIN  xxx–xx–9236 |
| | First Name  Middle Name  Last Name | EIN  _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | Cecilia Alvarez | Social Security number or ITIN  xxx–xx–9522 |
| | First Name  Middle Name  Last Name | EIN  _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | District of New Jersey | |
| Case number: | 20–23457–SLM | |

# Order of Discharge 12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Jaime Alvarez
aka Jaime A Alvarez

Cecilia Alvarez

3/19/21

**By the court:**  Stacey L. Meisel
United States Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 7 Case**

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**
Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

> **This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

Certificate of Notice    Page 3 of 4

United States Bankruptcy Court

District of New Jersey

In re:  
Jaime Alvarez  
Cecilia Alvarez  
    Debtors

Case No. 20-23457-SLM  
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0312-2     User: admin     Page 1 of 2  
Date Rcvd: Mar 19, 2021     Form ID: 318     Total Noticed: 23

The following symbols are used throughout this certificate:  
**Symbol**     **Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 21, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Jaime Alvarez, Cecilia Alvarez, 43 Hudson Place, Bloomfield, NJ 07003-4010 |
| 519044374 | + | Cmre. 877 572 7555, 3075 E Imperial Hwy Ste, Brea, CA 92821-6733 |
| 519044375 | + | Ctech Coll, 5505 Nesconset Hwy, Mount Sinai, NY 11766-2037 |
| 519044378 | | Kohls/Capone, N56 Ridgewood Dr, Menomonee Fal, WI 53051 |
| 519044380 | + | Select Portfolio Svcin, Po Box 65250, Salt Lake City, UT 84165-0250 |
| 519044384 | + | Valley National Bank, 1400 Valley Rd, Wayne, NJ 07470-7987 |

TOTAL: 6

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Mar 19 2021 21:13:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Mar 19 2021 21:13:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | + | EDI: PRA.COM | Mar 20 2021 00:38:00 | Synchrony Bankc/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 519044367 | | Email/Text: ebn@americollect.com | Mar 19 2021 21:13:00 | Americollect Inc, Po Box 1566, Manitowoc, WI 54221 |
| 519044368 | | EDI: BANKAMER.COM | Mar 20 2021 00:38:00 | Bank Of America, Po Box 982238, El Paso, TX 79998 |
| 519044369 | + | EDI: TSYS2.COM | Mar 20 2021 00:38:00 | Barclays Bank Delaware, Po Box 8803, Wilmington, DE 19899-8803 |
| 519044370 | + | EDI: CAPITALONE.COM | Mar 20 2021 00:38:00 | Capital One Bank Usa N, Po Box 31293, Salt Lake City, UT 84131-0293 |
| 519044371 | + | EDI: CITICORP.COM | Mar 20 2021 00:38:00 | Citi, Po Box 6190, Sioux Falls, SD 57117-6190 |
| 519044372 | + | EDI: CITICORP.COM | Mar 20 2021 00:38:00 | Citicards Cbna, Po Box 6241, Sioux Falls, SD 57117-6241 |
| 519044373 | + | Email/Text: Bankruptcy.RI@Citizensbank.com | Mar 19 2021 21:10:00 | Citizens Bank, 1000 Lafayette Blvd, Bridgeport, CT 06604-4725 |
| 519044376 | + | EDI: HFC.COM | Mar 20 2021 00:38:00 | Hsbc Bank, 95 Washington St, Buffalo, NY 14203-3006 |
| 519044377 | | EDI: JPMORGANCHASE | Mar 20 2021 00:38:00 | Jpmcb Card, Po Box 15369, Wilmington, DE 19850 |
| 519044379 | + | Email/Text: bankruptcy@prosper.com | Mar 19 2021 21:14:00 | Prosper Marketplace In, 221 Main St Ste 300, San Francisco, CA 94105-1909 |
| 519044381 | + | EDI: RMSC.COM | | |

| | | | | |
|---|---|---|---|---|
| | | | Mar 20 2021 00:38:00 | Syncb/Amazon, Po Box 965015, Orlando, FL 32896-5015 |
| 519045819 | + | EDI: RMSC.COM | | |
| | | | Mar 20 2021 00:38:00 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 519044382 | + | EDI: CITICORP.COM | | |
| | | | Mar 20 2021 00:38:00 | Thd/Cbna, Po Box 6497, Sioux Falls, SD 57117-6497 |
| 519044383 | + | Email/Text: marisa.sheppard@timepayment.com | | |
| | | | Mar 19 2021 21:13:00 | Timepayment Corp, 1600 District Ave Ste 20, Burlington, MA 01803-5233 |

TOTAL: 17

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Mar 21, 2021    Signature:    /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 19, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Benjamin A. Stanziale, Jr. | on behalf of Trustee Benjamin A. Stanziale Jr. trustee@stanzialelaw.com, nj45@ecfcbis.com |
| Benjamin A. Stanziale, Jr. | trustee@stanzialelaw.com nj45@ecfcbis.com |
| Denise E. Carlon | on behalf of Creditor FEDERAL HOME LOAN MORTGAGE CORPORATION AS TRUSTEE FOR THE BENEFIT OF THE SEASONED CREDIT RISK TRANSFER TRUST, SERIES 2018-4 dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Jose R. Torres | on behalf of Joint Debtor Cecilia Alvarez jrt@torreslegal.com 3754@notices.nextchapterbk.com |
| Jose R. Torres | on behalf of Debtor Jaime Alvarez jrt@torreslegal.com 3754@notices.nextchapterbk.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 6